UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| PRICE, DARTANIA | § | Case No. 11-35737 |
| PRICE, CARMELLA | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 03/06/2013 in Courtroom 742,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/08/2013                    By: /s/ Barry A. Chatz, Trustee
                                               Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                      Case No. 11-35737-CAD
Dartania Price                                              Chapter 7
Carmella Price
        Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: wepps              Page 1 of 3           Date Rcvd: Feb 11, 2013
                              Form ID: pdf006          Total Noticed: 65


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2013.
db/jdb        #+Dartania Price,    Carmella Price,    1961 Hancock Dr.,    Hoffman Estates, IL 60169-6845
18586436       +AES/PHEAA,    PO Box 8183,    Harrisburg, PA 17105-8183
18419285       +ASSET ACCEPTANCE LLC ASSIGNEE LINCOLN TECH INST,      PO BOX 2036,    WARREN MI 48090-2036
17743973       +Aaron Sales & Lease Ow,     1015 Cobb Place Blvd Nw,    Kennesaw, GA 30144-3672
17743974       +Adventist GlenOaks Hospital,     PO Box 4657,   Hinsdale, IL 60522-4657
17743975       +Aes/njhighed,    1200 N 7th St,    Harrisburg, PA 17102-1419
18036308       +Allied Interstate,    PO Box 361474,    Columbus, OH 43236-1474
17743977       +Allied Interstate Inc,    3000 Corporate Exchange Dr.,     5th Floor,    Columbus, OH 43231-7723
17743978       +Amer Coll Co/ACC International,     Acc International,    919 Estes Ct.,    Schaumburg, IL 60193-4427
17743980       +Arnoldharris,    600 West Jackson,    Chicago, IL 60661-5636
17743981       +Associated Receivable,    1058 Claussen Rd Ste 110,     Augusta, GA 30907-0301
17743982       +Cnac-downers Grove,    2311 Ogden Ave,    Downers Grove, IL 60515-1769
17743984       +Crd Prt Asso,    Attn: Bankruptcy,    Po Box 802068,    Dallas, TX 75380-2068
17743985       +Credit Acceptance,    25505 West 12 Mile Road Suite 3000,     Southfield, MI 48034-8331
17743986       +Credit Management Lp,    Po Box 1088,    Arlington, TX 76004-1088
17743987       +Debt Credit Services,    1799 Akron-Peninsula Rd. Suite 120,     Akron, OH 44313-4847
17743989       +Diversified Adjustments,     Dasi-Bankrupcty,    Po. Box 32145,    Fridley, MN 55432-0145
17743990       +Ecmc,   Po Box 64909,    St. Paul, MN 55164-0909
17743993       +Harris,   222 Merchandise Mart Plaza Suite 1900,     Chicago, IL 60654-1421
17743994       +Harris & Harris Ltd,    600 West Jackson,   Chicago, IL 60661-5636
18549618       +Illinois Department of Employment Security,      Atty General Office/Michael T Prousis,
                 33 S State, Ste 992,    Chicago, IL 60603-2808
17813418       +Illinois Department of Employment Security,      Illinios Attorney General's Office,
                 33 S. State St. Ste. 992,    Chicago, IL 60603-2808
18036312       +Jonathan Neil & Associates, Inc.,     1600 Golf Rd.,    Suite 1200,    Rolling Meadows, IL 60008-4229
18036313       +LTD Financial Services,    7322 Southwest Freeway Suite 1600,      Houston, TX 77074-2134
17743998       +Linebarger Goggan Blair and Sampson,     PO box 06268,    Chicago, IL 60606-0268
18036314       +MEA-AEA LLC,    PO Box 5990 Dept. 20-6003,   Carol Stream, IL 60197-5990
17743999       +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
18036315       +MultiSpecialty Clinic,    PO Box 958935,    Hoffman Estates, IL 60195-8935
17744000       +Nco Financial Systems,,    600 Holiday Plaza,    Matteson, IL 60443-2238
17744001       +Ncofin/980,    600 Holiday Plaza,    Matteson, IL 60443-2241
17744003       +Palisades Collection,    Attn: Bankruptcy,    3348 Ridge Rd,    Lansing, IL 60438-3112
17744004       +Payliance,    3 Easton Oval Ste 210,    Columbus, OH 43219-6011
17744005       +People of the State of Illinois,    Lisa Madigan, IL Attorney General,
                 33 S. State Street, Room 992,    Chicago, IL 60603-2804
17744006       +Revenue Cycl,    2651 Warrenville R,    Downers Grove, IL 60515-5544
18036317       +Revenue Cycle Solutions, Inc,     PO BOx 361230,    Birmingham, AL 35236-1230
18451055        Sallie Mae Inc, on behalf of the,    Department of Education,    P.O. Box 740351,
                 Atlanta, GA 30374-0351
17744007       +Sonnenschein Fnl Svcs,    2 Transam Plaza Dr Ste 3,    Oakbrook Terrace, IL 60181-4823
17744008       +St. Alexius Medical Center,     22589 Network Place,   Chicago, IL 60673-1225
17744009       +State Collection Servi,    Attn: Bankruptcy,    Po Box 6250,    Madison, WI 53716-0250
17744010       +Tek Collect,    1111 Schrock Road,    Columbus, OH 43229-1178
17744011       +Torres Credit Srv,    27 Fairview,   Carlisle, PA 17015-3200
17744013       +Village of Bellwood,    3200 Washington Blvd.,    Bellwood, IL 60104-1984
17744014       +Village of Forest Park,    517 Desplaines Ave.,    Forest Park, IL 60130-1800
17744015       +Village of Hillside,    425 N. Hillside Ave.,    Hillside, IL 60162-1695
17744016       +Village of Hoffman Estates,     1900 Hassell Rd.,    Hoffman Estates, IL 60169-6302
18036319       +Village of Schaumburg,    1000 W Schaumburg Road,    Schaumburg, IL 60194-4148
18036320       +Village of Streamwood,    PO Box 457,    Wheeling, IL 60090-0457
17744017       +Walinski & Associates PC,     25 E. Washington St.,    Suite 1221,    Chicago, IL 60602-1875
17743996        illinois state toll highway authori,     135 s. Lasalle dept 8021,     Chicago, IL 60674-8021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18036310       +E-mail/Text: sofie.skalicky@atipt.com Feb 12 2013 02:52:37      ATI Physical Therapy,
                 790 Remington Road,    Bolingbrook, IL 60440-4909
17743976       +E-mail/PDF: recoverybankruptcy@afninet.com Feb 12 2013 02:32:53       Afni, Inc.,
                 Attn: Bankruptcy,    404 Brock Dr,    Bloomington, IL 61701-2654
17743979       +E-mail/Text: bnc-applied@quantum3group.com Feb 12 2013 03:19:52       Applied Card Bank,
                 Attention: General Inquiries,    Po Box 17125,    Wilmington, DE 19850-7125
18036309       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 12 2013 02:26:29       Asset Acceptance LLC,
                 PO Box 2036,    Warren, MI 48090-2036
17971444       +E-mail/Text: legalcollections@comed.com Feb 12 2013 02:28:54       Commonwealth Edison Company,
                 3 Lincoln Centre,    Oakbrook Terrace, Il 60181-4204,    Attn: Bankruptcy Dep.
17743983       +E-mail/Text: gfranco@continentalfurn.com Feb 12 2013 03:21:34       Contl Furn,
                 2743 West 36th Pla,    Chicago, IL 60632-1616
17743988       +E-mail/PDF: pa_dc_ed@salliemae.com Feb 12 2013 03:05:04      Dept Of Ed/sallie Mae,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
17743992        E-mail/Text: gfslegal@gatewayfinancial.org Feb 12 2013 03:14:07       Gateway Fin,   6200 State St,
                 Saginaw, MI 48603
18316475       +E-mail/Text: gfslegal@gatewayfinancial.org Feb 12 2013 03:14:07
                 Gateway Financial Services Inc.,    PO Box 3257,    Saginaw, MI 48605-3257
```

```
District/off: 0752-1          User: wepps                  Page 2 of 3                   Date Rcvd: Feb 11, 2013
                              Form ID: pdf006              Total Noticed: 65
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
17743995      E-mail/Text: HWIBankruptcy@hunterwarfield.com Feb 12 2013 03:13:05      Hunter Warfield,
               3111 W Martin Luther Kin,    Tampa, FL 33607
17743997     +E-mail/Text: cio.bncmail@irs.gov Feb 12 2013 02:19:56       Internal Revenue Service,
               Dept of Treasury,    P. O. Box 7346,    Philadelphia, PA 19101-7346
18036316     +E-mail/Text: bankrup@aglresources.com Feb 12 2013 02:25:05      Nicor,    PO Box 2020,
               Aurora, IL 60507-2020
17744002     +E-mail/Text: bankrup@aglresources.com Feb 12 2013 02:25:05      Nicor Gas,
               Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
18036318      Fax: 866-419-3894 Feb 12 2013 02:54:53      US Cellular,    P.O. Box 0203,
               Palatine, IL 60055-0203
17744012     +E-mail/Text: bankruptcy@addison-il.org Feb 12 2013 02:53:12      Village of Addison,
               131 W. Lake St.,    Addison, IL 60101-2705
18036311     +E-mail/Text: legalcollections@comed.com Feb 12 2013 02:28:54       com ed,    po box 6111,
               Carol Stream, IL 60197-6111
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17743991    ##+Enterprise Recovery Systems, inc.,    2400 S. Wolf Rd.,    Suite 200,    Westchester, IL 60154-5625
                                                                                          TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2013**                **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: wepps              Page 3 of 3              Date Rcvd: Feb 11, 2013
                              Form ID: pdf006          Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2013 at the address(es) listed below:
          Barry A Chatz    bachatz@arnstein.com,
           bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
          Gregory K Stern    on behalf of Trustee Barry A Chatz gstern1@flash.net,
           steve_horvath@ilnb.uscourts.gov
          Marina  Ricci    on behalf of Debtor Dartania  Price mricci@changandcarlin.com,
           changcarlin@iamthewolf.com
          Marina  Ricci    on behalf of Joint Debtor Carmella  Price mricci@changandcarlin.com,
           changcarlin@iamthewolf.com
          Michael T Prousis    on behalf of Plaintiff   Illinois Department Of Employment Security
           mprousi@ides.state.il.us
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                                                                               TOTAL: 6