# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
PRICE, DARTANIA § Case No. 11-35737
PRICE, CARMELLA §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants: Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on                 .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/BARRY A. CHATZ _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aaron Sales & Lease Ow<br>1015 Cobb Place Blvd Nw<br>Kennesaw, GA 30144 | | | | | |
| | Aaron Sales & Lease Ow<br>1015 Cobb Place Blvd Nw<br>Kennesaw, GA 30144 | | | | | |
| | Aaron Sales & Lease Ow<br>1015 Cobb Place Blvd Nw<br>Kennesaw, GA 30144 | | | | | |
| | Aaron Sales & Lease Ow<br>1015 Cobb Place Blvd Nw<br>Kennesaw, GA 30144 | | | | | |
| | Adventist GlenOaks Hospital<br>PO Box 4657 Hinsdale, IL 60522 | | | | | |
| | Aes/njhighed 1200 N 7th St<br>Harrisburg, PA 17102 | | | | | |
| | Aes/njhighed 1200 N 7th St<br>Harrisburg, PA 17102 | | | | | |
| | Afni, Inc. Attn: Bankruptcy<br>404 Brock Dr Bloomington, IL 61701 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Interstate Inc 3000 Corporate Exchange Dr. 5th Floor Columbus, OH 43231 | | | | | |
| | Amer Coll Co/ACC International Acc International 919 Estes Ct. Schaumburg, IL 60193 | | | | | |
| | Applied Card Bank Attention: General Inquiries Po Box 17125 Wilmington, DE 19850 | | | | | |
| | Applied Card Bank Attention: General Inquiries Po Box 17125 Wilmington, DE 19850 | | | | | |
| | Arnoldharris 600 West Jackson Chicago, IL 60661 | | | | | |
| | Associated Receivable 1058 Claussen Rd Ste 110 Augusta, GA 30907 | | | | | |
| | Cnac-downers Grove 2311 Ogden Ave Downers Grove, IL 60515 | | | | | |
| | Contl Furn 2743 West 36th Pla Chicago, IL 60632 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Crd Prt Asso Attn: Bankruptcy Po Box 802068 Dallas, TX 75380 | | | | | |
| | Crd Prt Asso Attn: Bankruptcy Po Box 802068 Dallas, TX 75380 | | | | | |
| | Credit Management Lp Po Box 1088 Arlington, TX 76004 | | | | | |
| | Credit Management Lp Po Box 1088 Arlington, TX 76004 | | | | | |
| | Credit Management Lp Po Box 1088 Arlington, TX 76004 | | | | | |
| | Credit Management Lp Po Box 1088 Arlington, TX 76004 | | | | | |
| | Credit Management Lp Po Box 1088 Arlington, TX 76004 | | | | | |
| | Debt Credit Services 1799 Akron-Peninsula Rd. Suite 120 Akron, OH 44313 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre, PA 18773 | | | | | |
| | Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre, PA 18773 | | | | | |
| | Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre, PA 18773 | | | | | |
| | Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre, PA 18773 | | | | | |
| | Dept Of Ed/sallie Mae Po Box 9635 Wilkes Barre, PA 18773 | | | | | |
| | Diversified Adjustments Dasi- Bankrupcty Po. Box 32145 Fridley, MN 55432 | | | | | |
| | Ecmc Po Box 64909 St. Paul, MN 55164 | | | | | |
| | Ecmc Po Box 64909 St. Paul, MN 55164 | | | | | |
| | Enterprise Recovery Systems, inc. 2400 S. Wolf Rd. Suite 200 Westchester, IL 60154 | | | | | |
| | Gateway Fin 6200 State St Saginaw, MI 48603 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris & Harris Ltd 600 West Jackson Chicago, IL 60661 | | | | | |
| | Harris 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654 | | | | | |
| | Harris 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654 | | | | | |
| | Hunter Warfield 3111 W Martin Luther Kin Tampa, FL 33607 | | | | | |
| | Hunter Warfield 3111 W Martin Luther Kin Tampa, FL 33607 | | | | | |
| | Internal Revenue Service Centralized Insolvency P. O. Box 7346 Philadelphia, PA 19101 | | | | | |
| | Linebarger Goggan Blair and Sampson PO box 06268 Chicago, IL 60606-0152 | | | | | |
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Cr 223 W. Jackson Blvd. Suite 400 Chicago, IL 60606 | | | | | |
| | Nco Financial Systems, 600 Holiday Plaza Matteson, IL 60443 | | | | | |
| | Nco Financial Systems, 600 Holiday Plaza Matteson, IL 60443 | | | | | |
| | Nco Financial Systems, 600 Holiday Plaza Matteson, IL 60443 | | | | | |
| | Nco Financial Systems, 600 Holiday Plaza Matteson, IL 60443 | | | | | |
| | Nco Financial Systems, 600 Holiday Plaza Matteson, IL 60443 | | | | | |
| | Ncofin/980 600 Holiday Plaza Matteson, IL 60443 | | | | | |
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Palisades Collection Attn: Bankruptcy 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Payliance 3 Easton Oval Ste 210 Columbus, OH 43219 | | | | | |
| | Payliance 3 Easton Oval Ste 210 Columbus, OH 43219 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | People of the State of Illinois Lisa Madigan, IL Attorney General 33 S. State Street, Room 992 Chicago, IL 60603 | | | | | |
| | Revenue Cycl 2651 Warrenville R Downers Grove, IL 60515 | | | | | |
| | Revenue Cycl 2651 Warrenville R Downers Grove, IL 60515 | | | | | |
| | Sonnenschein Fnl Svcs 2 Transam Plaza Dr Ste 3 Oakbrook Terrace, IL 60181 | | | | | |
| | Sonnenschein Fnl Svcs 2 Transam Plaza Dr Ste 3 Oakbrook Terrace, IL 60181 | | | | | |
| | Sonnenschein Fnl Svcs 2 Transam Plaza Dr Ste 3 Oakbrook Terrace, IL 60181 | | | | | |
| | Sonnenschein Fnl Svcs 2 Transam Plaza Dr Ste 3 Oakbrook Terrace, IL 60181 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sonnenschein Fnl Svcs 2 Transam Plaza Dr Ste 3 Oakbrook Terrace, IL 60181 | | | | | |
| | St. Alexius Medical Center 22589 Network Place Chicago, IL 60673 | | | | | |
| | State Collection Servi Attn: Bankruptcy Po Box 6250 Madison, WI 53716 | | | | | |
| | Tek Collect 1111 Schrock Road Columbus, OH 43226 | | | | | |
| | Torres Credit Srv 27 Fairview Carlisle, PA 17013 | | | | | |
| | Village of Bellwood 3200 Washington Blvd. Bellwood, IL 60104 | | | | | |
| | Village of Hillside 425 N. Hillside Ave. Hillside, IL 60162 | | | | | |
| | Village of Hoffman Estates 1900 Hassell Rd. Hoffman Estates, IL 60169 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Walinski & Associates PC 25 E. Washington St. Suite 1221 Chicago, IL 60602 | | | | | |
| | illinois state toll highway authori 135 s. Lasalle dept 8021 Chicago, IL 60674-8021 | | | | | |
| 000008 | AES/PHEAA | | | | | |
| 000005 | ASSET ACCEPTANCE LLC ASSIGNEE LINCO | | | | | |
| 000002 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000003 | GATEWAY FINANCIAL SERVICES INC. | | | | | |
| 000001 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000007 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000004B | INTERNAL REVENUE SERVICE | | | | | |
| 000006 | SALLIE MAE INC, ON BEHALF OF THE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

| Case No: | 11-35737 | CAD | Judge: CAROL A. DOYLE |
|---|---|---|---|
| Case Name: | PRICE, DARTANIA | | |
| | PRICE, CARMELLA | | |
| For Period Ending: | 08/24/13 | | |

| Trustee Name: | BARRY A. CHATZ |
|---|---|
| Date Filed (f) or Converted (c): | 08/31/11 (f) |
| 341(a) Meeting Date: | 09/30/11 |
| Claims Bar Date: | 03/28/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Financial Accounts | 100.00 | 0.00 | | 0.00 | FA |
| 2. | Financial Accounts | 60.00 | 0.00 | | 0.00 | FA |
| 3. | Financial Accounts | 400.00 | 0.00 | | 0.00 | FA |
| 4. | Financial Accounts | 100.00 | 0.00 | | 0.00 | FA |
| 5. | Household Goods | 900.00 | 0.00 | | 0.00 | FA |
| 6. | Wearing Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 7. | Pension / Profit Sharing | 4,000.00 | 0.00 | | 0.00 | FA |
| 8. | Pension / Profit Sharing | 900.00 | 0.00 | | 0.00 | FA |
| 9. | Vehicles | 6,550.00 | 0.00 | | 0.00 | FA |
| 10. | Animals | 0.00 | 0.00 | | 0.00 | FA |
| 11. | Unscheduled Assets (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| | UNDISCLOSED PERSONAL INJURY LITIGATION | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $13,410.00 | $10,000.00 | | $10,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR HEARD AND DISTRIBUTION MADE ON 3/6/13; AWAITING FOR $0 BANK BALANCE TO PREPARE TDR

Initial Projected Date of Final Report (TFR): 12/31/12         Current Projected Date of Final Report (TFR): 03/06/13

Page:    1

**FORM 2** Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:    11-35737
Case Name:    PRICE, DARTANIA
PRICE, CARMELLA
Taxpayer ID No:    *******2469
For Period Ending:    08/24/13

Trustee Name:    BARRY A. CHATZ
Bank Name:    Congressional Bank
Account Number / CD #:    *******6336  Checking Account

Blanket Bond (per case limit):    $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/14/12 | 11 | Lawyers Trust Fund of Illinois Barry R. Rabosky, Attorney Escrow IOLTA 1355 S. Route 59 Suite 1A Naperville, IL 60564-9538 | LITIGATION SETTLEMENT | 1242-000 | 10,000.00 | | 10,000.00 |
| 02/19/13 | | Trsf To BANK OF NEW YORK  MELLON | FINAL TRANSFER | 9999-000 | | 10,000.00 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 10,000.00 | 10,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 10,000.00 | |
| Subtotal | 10,000.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 10,000.00 | 0.00 | |

Page Subtotals    10,000.00    10,000.00

Ver: 17.02g

Page:   2

**Exhibit 9**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-35737 |
| Case Name: | PRICE, DARTANIA |
| | PRICE, CARMELLA |
| Taxpayer ID No: | *******2469 |
| For Period Ending: | 08/24/13 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | BANK OF NEW YORK  MELLON |
| Account Number / CD #: | *******9217  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 10,000.00 | | 10,000.00 |
| 03/06/13 | 300001 | BARRY A. CHATZ | Chapter 7 Compensation/Expense | | | 1,784.28 | 8,215.72 |
| | | 120 S. RIVERSIDE PLAZA | | | | | |
| | | SUITE 1200 | | | | | |
| | | CHICAGO, IL  60606 | | | | | |
| | | | Fees           1,750.00 | 2100-000 | | | |
| | | | Expenses           34.28 | 2200-000 | | | |
| 03/06/13 | 300002 | GREGORY K. STERN, P.C. | Claim 000010, Payment 100.00% | | | 3,921.90 | 4,293.82 |
| | | 53 WEST JACKSON BOULEVARD | ATTORNEY FOR TRUSTEE | | | | |
| | | SUITE 1442 | | | | | |
| | | CHICAGO, IL  60604 | | | | | |
| | | | Fees           3,624.50 | 3110-000 | | | |
| | | | Expenses          297.40 | 3120-000 | | | |
| 03/06/13 | 300003 | INTERNAL REVENUE SERVICE | Claim 000004, Payment 36.98% | 5800-000 | | 4,293.82 | 0.00 |
| | | DEPT OF TREASURY | (4-1) MODIFIED ON 01/30/2012 TO | | | | |
| | | P. O. BOX 7346 | CORRECT ADDRESS (WE) | | | | |
| | | PHILADELPHIA, PA 19101 | | | | | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| COLUMN TOTALS | 10,000.00 | 10,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 10,000.00 | 0.00 | |
| Subtotal | 0.00 | 10,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 10,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6336 | 10,000.00 | 0.00 | 0.00 |
| Checking Account - ********9217 | 0.00 | 10,000.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 10,000.00 | 10,000.00 | 0.00 |
| Page Subtotals | 10,000.00 | 10,000.00 | |

Ver: 17.02g

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-35737 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | PRICE, DARTANIA | | Bank Name: | BANK OF NEW YORK  MELLON |
| | PRICE, CARMELLA | | Account Number / CD #: | *******9217  Checking Account |
| Taxpayer ID No: | *******2469 | | | |
| For Period Ending: | 08/24/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  |  | Page Subtotals | | 0.00 | 0.00 | |

Ver: 17.02g